UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TODD AUPPERLEE, et al,**

        Plaintiffs,

**v.**

**CITY OF BATTLE CREEK, MICHIGAN**,

        Defendant.

Case No. 1:13-cv-01080-RJJ

Hon. Robert J. Jonker

| | |
|---|---|
| Ann B. Oldfather (KY 52553)<br>R. Sean Deskins (KY 92430)<br>OLDFATHER LAW FIRM<br>Attorneys for Plaintiffs<br>1330 South Third Street<br>Louisville, Kentucky 40208<br>502/ 637-7200<br>aoldfather@oldfather.com<br>sdeskins@oldfather.com<br><br>Robert Anthony Alvarez (P66954)<br>Amy Grauman (P76127)<br>Avanti Law Group, PLLC<br>600 28th Street SW<br>Wyoming, MI 49509<br>616/ 257-6807<br>ralvarez@avantilaw.com<br>agrauman@avantilaw.com | John Patrick White (P33292)<br>Elizabeth Wells Skaggs (P62133)<br>Luis E. Avila (P74359)<br>VARNUM LLP<br>Attorneys for Defendant<br>Bridgewater Building, P.O. Box 352<br>Grand Rapids, Michigan 49501-0352<br>616/ 336-6000<br>jpwhite@varnumlaw.com<br>ewskaggs@varnumlaw.com<br>leavila@varnumlaw.com |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND ENTRY OF STIPULATED ORDER OF DISMISSAL

This case is a suit for alleged violations of the Fair Labor Standards Act ("FLSA"). During the last several weeks the parties have been negotiating a resolution of this matter, and have now reached a settlement. For the reasons set forth in the Affidavit of Plaintiffs' counsel and in the brief filed herewith – specifically, that settlement of FLSA claims requires court

approval – the parties request that the Court approve the settlement as fair and reasonable and dismiss this case.

                Respectfully submitted,

                OLDFATHER LAW FIRM
                Attorneys for Plaintiffs

Dated: November 6, 2014    By:  */s/ Ann B. Oldfather*
                Ann B. Oldfather (KY 52553)
                R. Sean Deskins (KY 92430)
                1330 South Third Street
                Louisville, Kentucky 40208
                502/ 637-7200
                aoldfather@oldfather.com
                sdeskins@oldfather.com

                AVANTI LAW GROUP, PLLC
                Attorneys for Plaintiffs

Dated: November 6, 2014    By:  */s/ Robert Anthony Alvarez*
                Robert Anthony Alvarez (P66954)
                Amy Grauman (P76127)
                600 28th Street SW
                Wyoming, MI 49509
                616/ 257-6807
                ralvarez@avantilaw.com
                agrauman@avantilaw.com

                VARNUM LLP
                Attorneys for Defendant

Dated: November 6, 2014    By:  */s/ Elizabeth Wells Skaggs*
                John Patrick White (P33292)
                Elizabeth Wells Skaggs (P62133)
                Luis E. Avila (P74359)
                Bridgewater Place, P.O. Box 352
                Grand Rapids, MI 49501-0352
                616/336-6000
                jpwhite@varnumlaw.com
                ewskaggs@varnumlaw.com
                leavila@varnumlaw.com