# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**TODD AUPPERLEE, et al,**

      Plaintiffs,

**v.**

**CITY OF BATTLE CREEK, MICHIGAN**,

      Defendant.

Case No. 1:13-cv-01080-RJJ

Hon. Robert J. Jonker

Ann B. Oldfather (KY 52553)
R. Sean Deskins (KY 92430)
OLDFATHER LAW FIRM
Attorneys for Plaintiffs
1330 South Third Street
Louisville, Kentucky 40208
502/ 637-7200
aoldfather@oldfather.com
sdeskins@oldfather.com

Robert Anthony Alvarez (P66954)
Amy Grauman (P76127)
Avanti Law Group, PLLC
600 28th Street SW
Wyoming, MI  49509
616/ 257-6807
ralvarez@avantilaw.com
agrauman@avantilaw.com

John Patrick White (P33292)
Elizabeth Wells Skaggs (P62133)
Luis E. Avila (P74359)
VARNUM LLP
Attorneys for Defendant
Bridgewater Building, P.O. Box 352
Grand Rapids, Michigan 49501-0352
616/ 336-6000
jpwhite@varnumlaw.com
ewskaggs@varnumlaw.com
leavila@varnumlaw.com

## AMENDED STIPULATION AND ORDER OF DISMISSAL

It is hereby stipulated between the parties that the Settlement, Release, and Waiver Agreement ("Agreement") between Plaintiffs and Defendant, filed as Exhibit 1 (Dkt. No. 39-2) to the Brief in Support of Joint Motion for Approval of Settlement Agreement and Entry of Stipulated Order of Dismissal (Dkt. No. 39-1) shall be approved and Plaintiffs' claims shall be dismissed, with prejudice, pursuant to the Agreement entered into between the parties, and

without costs except as provided in the Agreement, with an effective date contemporaneous with this Court's approval of said Agreement.

                                        Respectfully submitted,

OLDFATHER LAW FIRM
Attorneys for Plaintiffs

Dated:  November 7, 2014        By:     */s/ Ann B. Oldfather*
Ann B. Oldfather (KY 52553)
R. Sean Deskins (KY 92430)
1330 South Third Street
Louisville, Kentucky 40208
502/ 637-7200
aoldfather@oldfather.com
sdeskins@oldfather.com

AVANTI LAW GROUP, PLLC
Attorneys for Plaintiffs

Dated: November 7, 2014        By:     */s/ Robert Anthony Alvarez*
Robert Anthony Alvarez (P66954)
Amy Grauman (P76127)
600 28th Street SW
Wyoming, MI  49509
616/ 257-6807
ralvarez@avantilaw.com
agrauman@avantilaw.com

VARNUM LLP
Attorneys for Defendant

Dated: November 7, 2014        By:     */s/ Elizabeth Wells Skaggs*
John Patrick White (P33292)
Elizabeth Wells Skaggs (P62133)
Luis E. Avila (P74359)
Bridgewater Place, P.O. Box 352
Grand Rapids, MI  49501-0352
616/336-6000
jpwhite@varnumlaw.com
ewskaggs@varnumlaw.com
leavila@varnumlaw.com

**IT IS SO ORDERED. THE SETTLEMENT, RELEASE, AND WAIVER AGREEMENT BETWEEN PLAINTIFFS AND DEFENDANT, FILED AS EXHIBIT 1 (DKT. NO. 39-2) TO THE BRIEF IN SUPPORT OF JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND ENTRY OF STIPULATED ORDER OF DISMISSAL (DKT. NO. 39-1) IS APPROVED. PLAINTIFFS' CLAIMS ARE HEREBY DISMISSED WITH PREJUDICE AND WITHOUT COSTS EXCEPT AS PROVIDED IN THE PARTIES' SETTLEMENT, WAIVER, AND RELEASE AGREEMENT.**

Dated: _____, 2014

_____
Honorable Robert J. Jonker
U.S. District Court Judge